UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA      :

       - v. -      :     **RULE 10(b)**
                               **WAIVER OF**
                               **APPEARANCE**

JOSE OLMOS      :

                               25-CR-315 (CM)

       DEFENDANT.      :

---------------------------------------------------------------x

       Jose Olmos, defendant in the above-captioned matter and the undersigned, hereby waives his right to appear in open court at the arraignment on the indictment in 25-CR-315 (CM).

       By signing this waiver, the undersigned affirms that he has received a copy of the indictment and has reviewed it and discussed it with his attorney, Mitchell E. Schwartz, Esq., Assistant Federal Defender.

       The undersigned hereby enters a plea of **NOT GUILTY** to the charges in the Indictment.

Dated: September 5, 2025
       Delano, California

                                               Jose Olmos
                                               *Defendant*

Dated: September 5, 2025
       New York, New York

                                               Mitchell E. Schwartz, Esq.
                                             *Attorney for Jose Olmos*

                                             Approved by:

                                             Honorable Colleen McMahon
                                             United States District Judge

                                             9/8/2025
                                             1450

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/25
```