# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

10/20/25

The defendant and the Gov't's understanding of the Court's bail order is correct.

*[signed] Colleen McMahon*

**BY ECF**

September 29, 2025

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Jose Olmos 25-CR-315 (CM)**

Dear Judge McMahon,

    The Defense writes to clarify Mr. Olmos's conditions of release. As discussed at the last appearance in this matter, the bond in this matter (ECF No. 4) states that Mr. Olmos may travel within "SDNY/EDNY/EDCA/CDCA and points in between for traveling to and from court."

    It has been brought to undersigned counsel's attention that Pretrial Services is interpreting this language as restricting Mr. Olmos's travel to EDCA only (his district of residence) and that the districts of CDCA/SDNY/EDNY are limited for transit to court.

    However, the parties' understanding of this language is that Mr. Olmos may freely travel within the districts of SDNY/EDNY/EDCA/CDCA and then separately travel through all other districts for the purpose of transiting to and from court. As Mr. Olmos resides in EDCA, but his family largely lives in CDCA, this clarification is needed so that Mr. Olmos can abide by the conditions as initially intended without risking running afoul of Pretrial's current interpretation.

    Undersigned counsel has provided this letter to the government, and the government continues to share the same understanding of the language of the bond.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/25