# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

February 25, 2026

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Jose Olmos 25-CR-315 (RA)**

Dear Judge Abrams,

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 25, 2026

      The Defense writes with the consent of both the government and Pretrial to request the removal of Mr. Olmos's electronic monitoring device ("ankle monitor") in this matter.

      Since Mr. Olmos's release nearly a year ago, he has been on a GPS ankle monitor while being supervised in the Eastern District of California. During this time, there have been no Pretrial violation reports and Mr. Olmos has stringently adhered to his Pretrial restrictions, requiring the need for the Court to issue a clarification on his ability to visit his family within California. *See* ECF No. 16.

      On October 24, 2025, Mr. Olmos was accepted into YAOP and continues to participate in the program. Per Pretrial, Mr. Olmos is doing "very well. He has enrolled in college courses, continues to work and is looking into enrolling into parenting classes…" Pretrial "believes his location monitoring conditions can be removed at this time as long as approval is granted from the court." Further, the government consents to this request.

      Mr. Olmos works between 40 and 50 hours a week (sometimes more) and wakes up at 4 AM to arrive at a facility to work as a case packer for oatmeal, almond milk, and other bottled goods. The wearing of the ankle monitor requires advance planning by Mr. Olmos to ensure sufficient charge at work and while visiting family. Further, Mr. Olmos is in significant discomfort as the skin under the monitor has chaffed from the long-term wearing of the device. The past ten months of compliance with this condition, as well as his successful engagement with YAOP so far, justify removal at this stage. Accordingly, and with the consent of the government and Pretrial, the Defense requests the removal of Mr. Olmos's ankle monitor.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender